**Benjamin Blumenthal, plaintiff in error, v. Barney Braverman, defendant in error.  Gen. No. 32,011.**

Action to recover amount paid for building construction for defendant.  Judgment for defendant.  Error to the Superior Court of Cook county; the Hon. Timothy D. Hurley, Judge, presiding.  Heard in the second division of this court for the first district at the October term, 1927.  Reversed and remanded.  Opinion filed January 31, 1928.

Jacob Levy, for plaintiff in error; J. M. Gwin, of counsel.  Edelson & Paullin, for defendant in error; Hyland J. Paullin, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

---

**M. J. Dwyer, plaintiff in error, v. A. Ciccone, defendant in error.  Gen. No. 32,020.**

Error on judgment for defendant for want of prosecution by plaintiff after vacation of judgment defaulting defendant.  Error to the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding.  Heard in the second division of this court for the first district at the October term, 1927.  Reversed.  Opinion filed January 30, 1928.

Sumner C. Palmer, for plaintiff in error.  No appearance for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

---

**Robert L. Lightfoot and Roscoe C. Cater, trading as Lightfoot & Cater, appellants, v. John Sheridan, appellee.  Gen. No. 32,031.**

Action for real estate brokers' commissions.  Judgment for defendant.  Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding.  Heard in the second division of this court for the first district at the October term, 1927.  Affirmed.  Opinion filed January 31, 1928.

William J. Sheridan, for appellants.  William Harrison, for appellee; Charles J. Jenkins, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

---

**Jacob Handelsman, defendant in error, v. Susan E. Clarke, plaintiff in error.  Gen. No. 32,049.**

Trespass on the case for rents and attorneys' fees.  Motion to vacate judgment of default against defendant denied.  Error to the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding.  Heard in the second division of this court for the first district at the October term, 1927.  Reversed and remanded with directions.  Opinion filed January 31, 1928.  Rehearing denied February 14, 1928.

Adams & Adams, for plaintiff in error.  Tarnopol & Flamm, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.